IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN D. ANDERSON,** | : | CIVIL ACTION NO. 1:12-CV-2173 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA STATE POLICE,** *et al.*, | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## ORDER & JUDGMENT

AND NOW, this 11th day of May, 2016, upon consideration of the report (Doc. 70) of Magistrate Judge Susan E. Schwab, recommending the court grant the renewed motion (Doc. 63) for summary judgment by defendant Pennsylvania State Police ("PSP") pursuant to Federal Rule of Civil Procedure 56, see FED. R. CIV. P. 56(a), wherein Judge Schwab opines that *pro se* plaintiff Robin D. Anderson ("Anderson") has failed to demonstrate genuine disputes of material fact in response to PSP's motion, and that the undisputed Rule 56 record does not support Anderson's claim of retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, and the Pennsylvania Human Relations Act ("PHRA"), 43 PA. STAT. & CONS. STAT. ANN. § 951 *et seq.*, and the court noting that Anderson has filed objections (Doc. 81) to the report, see FED. R. CIV. P. 72(b)(2), and that PSP has responded (Doc. 82) thereto, and, following a *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing 28 U.S.C. § 636(b)(1)(C); Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989)), and applying a clear error

standard of review to the uncontested portions, see Cruz v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court finding Judge Schwab's analysis to be thorough, well-reasoned, and fully supported by the record, and finding Anderson's objections (Doc. 81) to be without merit, it is hereby ORDERED that:

1. The report (Doc. 70) of Magistrate Judge Schwab is ADOPTED.

2. The renewed motion (Doc. 63) for summary judgment by defendant Pennsylvania State Police is GRANTED.

3. Judgment is ENTERED in favor of defendants and against plaintiff Robin D. Anderson ("Anderson") on all counts of Anderson's amended complaint (Doc. 13), consistent with paragraph 2 above and paragraph 5 of the court's order (Doc. 61) dated May 11, 2015, wherein the court granted the collective defendants' first motion (Doc. 36) for summary judgment but deferred entry of said judgment pending disposition of Anderson's remaining claims.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania